United States District Court
Southern District of Texas
**ENTERED**
November 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS CASTANEDA | § § § | |
| *Plaintiff*, | § § | |
| vs. | § | CIVIL ACTION NO. 4:23-cv-03600 |
| U.S. BANK TRUST, N.A. | § § § | |
| *Defendant*. | § § § | |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

After having considered the unopposed motion by Defendant to allow Andre Johnson to withdraw as counsel in this matter,

The Court ORDERS that such motion be, and is hereby, granted, and that Andre Johnson be withdrawn as counsel for Defendants in this matter. The Court DIRECTS the Clerk of Court to terminate Johnson from the docket so that he no longer receives electronic notifications from the Court relating to this action.

SIGNED __November 21__, 2023.

_____
U.S. District Judge

135410975v.1