United States District Court
Southern District of Texas
**ENTERED**
December 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS CASTANEDA, | § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-23-3600 |
| | § | |
| U.S. BANK TRUST NATIONAL ASSOCIATION, | § § § | |
| Defendant. | § § § | |

## MEMORANDUM AND ORDER

The parties have filed a joint motion to abate. (Docket Entry No. 7). The parties' motion to abate is granted. This case is stayed and administratively closed. The parties must file any motion to reinstate to the active docket no later than January 31, 2024.

SIGNED on December 27, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge